UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO COLON JR.,

                          Plaintiff,

          -against-

WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS,

                          Defendant.

19-CV-10382 (CM)

CIVIL JUDGMENT

        Pursuant to the order issued November 25, 2019, dismissing the complaint,

        IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

        IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    November 25, 2019
          New York, New York

                                          _____
                                                    COLLEEN McMAHON
                                          Chief United States District Judge